# ALABAMA COURT OF CRIMINAL APPEALS



July 18, 2025

**CR-2024-0683**

Jerry Pinkston v. State of Alabama (Appeal from Montgomery Circuit Court: CC-88-2459.60 and CC-88-2460.60)

## NOTICE

You are hereby notified that on July 18, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk